| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | **DUE DATE:** |

| 1. NAME<br>YIFEI ZHENG | 2. PHONE NUMBER<br>(361) 888-3111 | 3. DATE<br>5/29/2020 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>800 N. SHORELINE BLVD., SUITE 500 | 5. CITY<br>CORPUS CHRISTI | 6. STATE<br>TX | 7. ZIP CODE<br>78401 |

| 8. CASE NUMBER<br>2:20MJ1164 | 9. JUDGE<br>Judge David S Morales | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 5/27/2020 | 11. TO 5/27/2020 |
| 12. CASE NAME<br>John Charlie Kofron | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Corpus Christi | 14. STATE Texas |

15. ORDER FOR

| | | | |
|---|---|---|---|
| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Initial Appearance | 5/27/20 |
| ☐ BAIL HEARING | | 1:36pm to 1:49pm | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES<br>1 | 15.00 | 54.75 |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 54.75 |
|---|---|---|

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| 19. DATE<br>5/29/2020 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY<br><br>Exceptional Reporting Services    PO Box 18668<br>Corpus Christi, Texas 78401  361-949-2988 | COURT ADDRESS<br><br>Completed transcript to be emailed to:<br>Yifei.Zheng@usdoj.gov<br>Loretta.Ybarbo@usdoj.gov |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 54.75 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 54.75 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 54.75 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY